# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ALYSSA C. KNAUP, Defendant. | PO-20-05087-GF-JTJ  VIOLATION: FBLG000N Location Code: M9GF  ORDER |

Based upon the United States' motion to accept the defendant's payment of a $35 fine and $30 processing fee for violation FBLG000N (for a total of $65), and for good cause shown, IT IS ORDERED that the $65 fine paid by the defendant is accepted as a full adjudication of violation FBLG000N.

IT IS FURTHER ORDERED that the initial appearance scheduled for October 8, 2020, is VACATED.

DATED this 1st day of October, 2020.

John Johnston
United States Magistrate Judge